1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  LUISA NEGRON,                    )    No. EDCV 12-230-CW
                                     )
12              Plaintiff,           )    JUDGMENT
           v.                        )
13                                   )
    MICHAEL J. ASTRUE, Comm'r of     )
14  Social Security,                 )
                                     )
15              Defendant.           )
                                     )
16  _____ )
17        As stated in the concurrently filed Order of Dismissal, this
18  action is dismissed without prejudice.
19
20  DATED: November 1, 2012
21
22                              _____
23                                   CARLA M. WOEHRLE
                                United States Magistrate Judge
24
25
26
27
28