**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LUISA NEGRON, | ) | No. EDCV 12-230-CW |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Comm'r of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

As stated in the concurrently filed Order of Dismissal, this action is dismissed without prejudice.

DATED: November 1, 2012

_Carla M. Woehrle_

_____
CARLA M. WOEHRLE
United States Magistrate Judge